LONBY REALTY CORPORATION, Appellant, *v.* EUGENE W. LANE, Respondent.

(Argued January 15, 1929; decided February 13, 1929.)

*Samuel H. Michaelson* and *J. W. Friedman* for appellant.
*E. J. Dimock, Clyde Tooker* and *Eleanor S. Burch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.